# Lugar, Justin (USAVAW)

| | |
|---|---|
| **From:** | Robert Jensen <​@bop.gov> |
| **Sent:** | Tuesday, May 26, 2020 3:54 PM |
| **To:** | Debbie Stevens; Lugar, Justin (USAVAW) |
| **Subject:** | Re: Inmate info: Samuel Lee Courtney, Reg. No. 06123-084, FCI Elkton (on the list) |

I checked with the institution. They tell me we have no record of this inmate requesting Compassionate Release. So, they have no Warden's memo to send me.

████████████████████████████████████████████████████████████████████

Sincerely,
Rob Jensen


Robert M. Jensen
Senior CLC Attorney
Federal Bureau of Prisons
Northeast Regional Office
U.S. Customs House Building, 7th Floor
2nd & Chestnut Street
Philadelphia, PA 19106
(215) 521-7387
Fax: (215) 521-7483


████████████████████████████████████████████████████████████████████

Debbie Stevens
Supervisory Attorney
Beckley Legal Center
PO Box 1280
Beaver, WV 25813
Phone:  (304) 252-9758 ext. ███
Fax:  (304) 256-4928



>>> "Lugar, Justin (USAVAW)" <Justin.Lugar@usdoj.gov> 5/26/2020 3:18 PM
>>>

Debbie,

████████████████████████████████████████████████████████████████████

1