UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 2:15-CR-15 |
| | ) | |
| **SAMUEL LEE COURTNEY** | ) | |
| | ) | |

### UNITED STATES' SUPPLEMENTARY FILING REGARDING ADDITIONAL INFORMATION RELATED TO DEFENDANT'S MOTION FOR RELEASE

The United States submits the following new information regarding Samuel Courtney's request for compassionate release:

After conferring again with the Bureau of Prisons (given Mr. Courtney's claim that he sent an email and received a response), the United States received the attached email correspondence between Mr. Courtney and the warden's office. *See* Ex. 1. As the email indicates, Mr. Courtney did submit a request for home confinement on April 7, 2020, and that request was denied two weeks later on April 21, 2020 because his "recidivism risk score" is "medium" and because of his "past history of violence." Ex. 1.

In light of this information, the government no longer disputes that Mr. Courtney has adequately exhausted his administrative rights, as required in 18 U.S.C. § 3582(c)(1)(A).

However, notwithstanding the email, the government continues to assert that Mr. Courtney is not a suitable candidate for release in light of the relevant § 3553(a) factors, particularly the risk he poses to the community. That position is reinforced

by warden's determination that home confinement is not appropriate for Mr. Courtney; indeed, Mr. Courtney's "medium" recidivism score and his "past history of violence," militate against any release here.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/ Jonathan Jones

Jonathan Jones
United States Attorney's Office
310 1st Street SW, Suite 906
Roanoke, VA 24011
(540) 857-2250
jonathan.jones2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Jonathan Jones
Assistant United States Attorney
