TRULINCS 06123084 - COURTNEY, SAMUEL LEE - Unit: ELK-B-B

---

FROM: 06123084 COURTNEY, SAMUEL LEE
TO: Warden
SUBJECT: ***Request to Staff*** COURTNEY, SAMUEL, Reg# 06123084, ELK-B-B
DATE: 04/07/2020 03:26 PM

To: MARK WILLINMS
Inmate Work Assignment: AM KITCHEN

MY NAME AS SAMUEL A DIABETIC, HAVE BEEN SCIENCE 1993.MY MOTHER HAD A BAD HEART ATTACK BACK IN MIDDLE OF JAN.SHE DIED 3 TIMES.SHE REALLY NEEDS ME THERE TO HELP TAKE CARE OF HER.IM 59 YRS.OLD AND THIS VIRUS HAS ME REALLY SCARED. I HAVE HI BLOOD PRESSURE &PRESSURE IF YOU CAN SE IT FIT FOR ME TO BE RELEASED FROM HERE TO GO FOR HOME CONFINEMENT I THANK YOU WITH ALL MY HEART.       SAMUEL COURTNEY.

TRULINCS 06123084 - COURTNEY, SAMUEL LEE - Unit: ELK-B-B

---

FROM: Warden
TO: 06123084 COURTNEY, SAMUEL LEE
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/21/2020 12:37 PM

You do not meet the criteria for placement on home confinement under the CARES Act do to your recidivism risk score being medium and your past history of violence.

>>> ~^!"COURTNEY, ~^!SAMUEL LEE" <06123084@inmatemessage.com> 4/7/2020 4:26 PM >>>
To: MARK WILLINMS
Inmate Work Assignment: AM KITCHEN

MY NAME AS SAMUEL A DIABETIC, HAVE BEEN SCIENCE 1993.MY MOTHER HAD A BAD HEART ATTACK BACK IN MIDDLE OF JAN.SHE DIED 3 TIMES.SHE REALLY NEEDS ME THERE TO HELP TAKE CARE OF HER.IM 59 YRS.OLD AND THIS VIRUS HAS ME REALLY SCARED. I HAVE HI BLOOD PRESSURE &PRESSURE IF YOU CAN SE IT FIT FOR ME TO BE RELEASED FROM HERE TO GO FOR HOME CONFINEMENT I THANK YOU WITH ALL MY HEART.
    SAMUEL COURTNEY.